MAZZINI S. LAPOLLA, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Submitted January 25, 1940; decided March 5, 1940.

*A. Spencer Feld* and *Sylvan D. Freeman* for appellant.

*William C. Chanler,* Corporation Counsel (*Paxton Blair* and *Nicholas Bucci* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.